UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:94-CR-97-6-F

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | ORDER |
| | ) | |
| TIMOTHY McCULLERS, | ) | |
| Defendant. | ) | |

The defendant's letter motion [DE-592] seeking a reduction in his sentence in light of his resolution to become a productive citizen is DENIED. The court lacks the authority to reduce or modify a sentence on such grounds.

SO ORDERED.

This, the 5th day of December, 2011.

JAMES C. FOX
Senior United States District Judge